```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 24514
   CLARINE VICTORIA EVANS
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-1457

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 06/21/2005 and was confirmed 08/29/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 09/10/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
ARONSON FURNITURE          SECURED           1183.00           .00         1031.10
ARONSON FURNITURE          UNSECURED          693.09           .00             .00
MORTGAGE ELECTRONIC REG    CURRENT MORTG         .00           .00             .00
MORTGAGE ELECTRONIC REG    MORTGAGE ARRE     1554.38           .00         1554.38
AMERICAN COLLECTION CO     UNSECURED        NOT FILED          .00             .00
CODILIS & ASSOCIATES ^     NOTICE ONLY      NOT FILED          .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00             .00
COMCAST                    UNSECURED        NOT FILED          .00             .00
PREMIER BANCARD CHARTER    UNSECURED          516.47           .00             .00
HARRIS BANK                UNSECURED        NOT FILED          .00             .00
KCA FINANCIAL SERVICES     UNSECURED        NOT FILED          .00             .00
LINDA BARNES               UNSECURED        NOT FILED          .00             .00
MEDICAL COLLECTIONS SYST   UNSECURED        NOT FILED          .00             .00
OSI COLLECTION SERVICES    UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00           .00             .00
PONTIAC NATIONAL BANK      UNSECURED        NOT FILED          .00             .00
CENTRIX FINANCIAL LLC      SECURED           4890.00        357.46         4207.65
CENTRIX FINANCIAL LLC      UNSECURED         7178.82           .00             .00
SELECT LEGAL PC            DEBTOR ATTY      1,000.00                      1,000.00
TOM VAUGHN                 TRUSTEE                                          434.03
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             8,584.62

PRIORITY                                       .00
SECURED                                   6,793.13
   INTEREST                                 357.46
UNSECURED                                      .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 24514 CLARINE VICTORIA EVANS
```

```
ADMINISTRATIVE                                            1,000.00
TRUSTEE COMPENSATION                                        434.03
DEBTOR REFUND                                                   .00
                                    ---------------   ---------------
TOTALS                                     8,584.62          8,584.62
```

　　Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
　Dated: 12/27/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE